**Electronically Filed
Supreme Court
SCWC-18-0000115
08-JUL-2024
09:49 AM
Dkt. 27 ODAC**

SCWC-18-0000115

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

LINDA N. NGUYEN, Trustee under the Con Nguyen and Linda N. Nguyen Trust Dated May 17, 1993; and DEREK CAMERON BORISOFF and KRISTI LYNN BORISOFF, Trustees under the Derek Cameron Borisoff and Kristi Lynn Borisoff Revocable Trust Dated August 9, 2006, Petitioners/Appellants-Appellants,

vs.

BOARD OF APPEALS, COUNTY OF HAWAII; PLANNING DIRECTOR, COUNTY OF HAWAII; and KOLEA OWNERS' ASSOCIATION, INC., Respondents/Appellees-Appellees,

and

CON NGUYEN, Appellant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000115; CIV NO. 17-1-111K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioners/Appellants-Appellants' Application for Writ of Certiorari, filed on May 12, 2024, is hereby rejected.

DATED: Honolulu, Hawai'i, July 8, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

